**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MARCAL PAPER MILLS, INC. | ) Case No. 06-21886  (MS) |
| | ) |
| Debtor. | ) |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS PURSUANT TO § 1109(b) OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULES 2002(g) AND 9010**

**NOTICE IS HEREBY GIVEN** pursuant to §1109(b) of Title 11 of the United States

Code ("Bankruptcy Code") and Rules 2002 (g) and 9010 of the Federal Rules of Bankruptcy

Procedure ("Bankruptcy Rules") that Lowenstein Sandler PC appears for and on behalf of the

Official Committee of Unsecured Creditors in this bankruptcy case.

**NOTICE IS FURTHER GIVEN** that the Official Committee of Unsecured Creditors

requests that all notices given or required to be given in these above-captioned chapter 11 case

(including, but not limited to, all papers filed and served in all adversary proceedings in such

cases, and all notices mailed only to the statutory committees or their authorized agents, as such

may be duly appointed or designated, and to creditors and equity security holders who file with

the Court and request that all notices be mailed to them), be given to and served upon the

following:

**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 phone
(973) 597-2400 fax
**Attn: Kenneth A. Rosen, Esq.**
E-mail: krosen @lowenstein.com
**Attn:  Sharon L. Levine, Esq.**

99992/47
12/19/2006 **1877309.01**

E-mail: slevine@lowenstein.com
**Attn: Mary E. Seymour, Esq.**
E-mail: mseymour @lowenstein.com

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, or otherwise, which affect the above-captioned Debtors or Debtors-in-Possession or the property of such Debtors or Debtors' estates, or any of the rights or interests held or asserted by the Committee with respect to the Debtors or property of the Debtors.

Dated: December 19, 2006                 Respectfully submitted,

**LOWENSTEIN SANDLER PC**

    */s/  Mary E. Seymour*
Mary E. Seymour, Esq. (MS 3950)
Kenneth A. Rosen, Esq. (KR 4963)
Sharon L. Levine, Esq. (SL 2109)
65 Livingston Avenue
Roseland, New Jersey 07068

*Proposed Counsel to the Official Committee of
Unsecured Creditors*