FILED
JAM... CLERK
JAN 1 2 2007
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) <br> MS-4088 <br> GG-2087 <br> COLE, SCHOTZ, MEISEL, <br> FORMAN & LEONARD, P.A. <br> A Professional Corporation <br> Court Plaza North <br> 25 Main Street <br> P.O. Box 800 <br> Hackensack, New Jersey 07602-0800 <br> (201) 489-3000 <br> (201) 489-1536 Facsimile <br> Attorneys for Marcal Paper Mills, Inc., Debtor-in-Possession | |
| In re: <br><br> MARCAL PAPER MILLS, INC., <br><br> Debtor-in-Possession. | Case No. 06-21886 (MS) <br> Judge: Honorable Morris Stern <br> Chapter 11 |

### ORDER APPROVING THE DEBTOR'S RETENTION OF GETZLER HENRICH & ASSOCIATES LLC AS APPROVED CONSULTANT PURSUANT TO 11 U.S.C. § 327(a)

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.



39517/0001-2330227v2

(Page 2)
Debtor: MARCAL PAPER MILLS, INC.
Case No. 06-21886 (MS)
Caption of Order: ORDER APPROVING THE DEBTOR'S RETENTION OF GETZLER HENRICH & ASSOCIATES LLC AS APPROVED CONSULTANT PURSUANT TO 11 U.S.C. § 327(a)

THIS MATTER having been opened to the Court by **Marcal Paper Mills, Inc.**, the within debtor and debtor-in-possession (the "Debtor"), upon an Application for entry of an Order approving the Debtor's retention of Getzler Henrich & Associates LLC ("Getzler Henrich") as its Approved Consultant in this proceeding pursuant to 11 U.S.C. § 327(a) (the "Application"); and the Court having considered the Application and the Affidavit of William Henrich (the "Affidavit") in support thereof; and the Court being satisfied that Getzler Henrich does not hold or represent any interest adverse to the Debtor, its estate or creditors with respect to the matter on which Getzler Henrich is to be employed, and that said employment would be in the best interest of the estate; and notice of the proposed retention having been given in accordance with the requirements of D.N.J. LBR 2014-1(a); and for good cause shown,

IT IS ORDERED as follows:

1. The retention of Getzler Henrich as Approved Consultant for the Debtor, for the matters and on the terms set forth in the Application, the Engagement Letter and as defined in the Motion (as that term is defined in the Application), be and is hereby authorized and approved as of January 3, 2007.

2. Any and all compensation to be paid to Getzler Henrich for services rendered on the Debtor's behalf shall be fixed by application to this Court in accordance with Sections 330 and 331 of the Bankruptcy Code and such Rules of Local and Federal Bankruptcy Procedure as may then be applicable.

39517/0001-2330227v2

(Page 3)
Debtor: MARCAL PAPER MILLS, INC.
Case No. 06-21886 (MS)
Caption of Order: ORDER APPROVING THE DEBTOR'S RETENTION OF GETZLER HENRICH & ASSOCIATES LLC AS APPROVED CONSULTANT PURSUANT TO 11 U.S.C. § 327(a)

3. To the extent of any inconsistency between the terms of the Engagement Letter and the DIP Credit Agreement, the terms of the DIP Credit Agreement control.

4. A copy of this Order shall be served on all parties-in-interest within seven (7) days hereof.

39517/0001-2330227v2