UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: MARCAL PAPER MILLS, INC.                                                                Case No.: 06-21886

**LIST OF EQUITY SECURITY HOLDERS**

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| AMERICAN CAPITAL STRATEGIES, LTD<br>ONE TOWER BRIDGE, SUITE 250<br>100 FRONT STREET<br>WEST CONSHOHOCKEN, PA 19428 | Common Stock | 146,478 | 5.68% |
| AMERICAN CAPITAL EQUITY I, LLC<br>ONE TOWER BRIDGE, SUITE 250<br>100 FRONT STREET<br>WEST CONSHOHOCKEN, PA 19428 | Common Stock | 62,776 | 2.43% |
| CHARLES BONIN<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 60,000 | 2.32% |
| JEANETTE BONIN<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 178,406 | 6.91% |
| JEANETTE M. BONIN IRREVOCABLE TRUST<br>U/A 10.14.98 - ALEXANDRA BONIN<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 923 | 0.04% |
| JEANETTE M. BONIN IRREVOCABLE TRUST<br>U/A 10.14.98 - KRISTINA J. BONIN<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 923 | 0.04% |
| JEANETTE M. BONIN IRREVOCABLE TRUST<br>U/A 10.14.98 - MICHAEL BONIN<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 923 | 0.04% |
| KRISTINA BONIN<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 48,650 | 1.89% |
| MICHAEL BONIN<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 48,650 | 1.89% |
| ANNE MARCALUS<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 238,889 | 9.26% |
| ALEC MARCALUS TRUST<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 47,425 | 1.84% |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: MARCAL PAPER MILLS, INC.                                                                 Case No.: 06-21886

**LIST OF EQUITY SECURITY HOLDERS**

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| AMANDA MARCALUS TRUST<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 51,125 | 1.98% |
| ANNE R. MARCALUS IRREVOCABLE TRUST<br>U/A 10.14.98 - ANDREA MAZZARINO<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 1,143 | 0.04% |
| ANNE R. MARCALUS IRREVOCABLE TRUST<br>U/A 10.14.98 - GRANT MAZZARINO<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 1,143 | 0.04% |
| EMILY MARCALUS<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 60,000 | 2.32% |
| HEATHER MARCALUS TRUST<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 86,775 | 3.36% |
| KAREN F. MARCALUS<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 60,000 | 2.32% |
| LISA MARCALUS TRUST<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 86,775 | 3.36% |
| LAURA MARCALUS TRUST<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 86,775 | 3.36% |
| NORMA MARCALUS<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 2,500 | 0.10% |
| NICHOLAS MARCALUS<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 270,388 | 10.48% |
| NED MARCALUS TRUST<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 47,425 | 1.84% |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: MARCAL PAPER MILLS, INC. | Case No.: 06-21886

**LIST OF EQUITY SECURITY HOLDERS**

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| NICHOLAS MARCALUS TRUST<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 47,425 | 1.84% |
| NICHOLAS R. MARCALUS IRREVOCABLE TRUST<br>U/A 10.14.98 - ALEC MARCALUS<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 953 | 0.04% |
| NICHOLAS R. MARCALUS IRREVOCABLE TRUST<br>U/A 10.14.98 - NICHOLAS K. MARCALUS<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 953 | 0.04% |
| NICHOLAS R. MARCALUS IRREVOCABLE TRUST<br>U/A 10.14.98 - NED MARCALUS<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 953 | 0.04% |
| NICHOLAS R. MARCALUS IRREVOCABLE TRUST<br>U/A 10.14.98 - STEPHANIE M. NOLAN<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 953 | 0.04% |
| PETER MARCALUS<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 255,576 | 9.90% |
| PETER A. MARCALUS IRREVOCABLE TRUST<br>U/A 10.14.98 - AMANDA MARCALUS<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 1,812 | 0.07% |
| PETER A. MARCALUS IRREVOCABLE TRUST<br>U/A 10.14.98 - SARAH JEAN MARCALUS<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 1,812 | 0.07% |
| ROBERT L. MARCALUS<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 9,800 | 0.38% |
| ROBERT J. MARCALUS TRUST<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 86,775 | 3.36% |
| STEPHANIE MARCALUS TRUST<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 47,425 | 1.84% |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: MARCAL PAPER MILLS, INC.                                                                                          Case No.: 06-21886

**LIST OF EQUITY SECURITY HOLDERS**

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| SARAH JEAN MARCALUS TRUST<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 51,125 | 1.98% |
| ANDREA MAZZARINO TRUST<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 51,125 | 1.98% |
| GRANT MAZZARINO TRUST<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 51,125 | 1.98% |
| KATE E. PERKOWSKI TRUST<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 43,950 | 1.70% |
| LISA J. PERKOWSKI IRREVOCABLE TRUST<br>U/A 10.14.98 - KATE E. PERKOWSKI<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 1,364 | 0.05% |
| LISA PERKOWSKI<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 178,447 | 6.91% |
| LISA J. PERKOWSKI IRREVOCABLE TRUST<br>U/A 10.14.98 - MARK PERKOWSKI<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 1,364 | 0.05% |
| MICHAEL PERKOWSKI<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 60,000 | 2.32% |
| MARK PERKOWSKI TRUST<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 51,125 | 1.98% |
| ALEXANDRA ROSS<br>1 MARKET STREET<br>ELMWOOD PARK, NJ 07407 | Common Stock | 48,650 | 1.89% |
| TOTAL | Common Stock | 2,580,804 | 100.00% |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: MARCAL PAPER MILLS, INC.                                  Case No.: 06-21886

**DECLARATION UNDER PENALTY OF PERJURY ON
BEHALF OF CORPORATION OR PARTNERSHIP**

I, the Chairman and Chief Executive Officer of the corporation named as the debtor in this case declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: 1/30/07                    Signature: [signed] N. R. Marcalus
                                 Nicholas R. Marcalus
                                 Chairman and Chief Executive Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. Section(s) 152 and 3571