SILLS CUMMIS & GROSS P.C.
Andrew H. Sherman, Esq.
Lucas F. Hammonds, Esq.
One Riverfront Plaza
Newark, New Jersey 07102-5400
(973) 643-7000
*Attorneys for Marcal Paper Mills, LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | |
| MARCAL PAPER MILLS, INC., | Case No. 06-21886 (MS) |
| Debtor. | Chapter 11 |

**CERTIFICATION OF SERVICE**

PETER CALHOUN, of full age, certifies as follows:

I am a Paralegal employed with the firm of Sills Cummis & Gross P.C., attorneys for Marcal Paper Mills, LLC.

On July 26, 2010, the following documents were filed electronically with the United States Bankruptcy Court for the District of New Jersey:

1. Notice of Omnibus Objection (Twelfth) of Marcal Paper Mills, LLC to Certain Satisfied and/or Released Claims pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007;

2. Twelfth Omnibus Objection; and

3. Proposed Order.

In addition to the parties that were served electronically with a Notice of Electronic Filing by the Court, the parties on the attached service list were served on July 26, 2010 via First Class mail.

1779628 v1

I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements by me are willfully false, I am subject to punishment.

Dated: July 26, 2010

*Peter Calhoun*
PETER CALHOUN

Marcal Paper Mills, Inc.
Case No. 06-21886-MS

**Via First Class Mail**

12th Omn. Obj. Service List

| | | |
|---|---|---|
| Joe Anderson<br>290 Garden St.<br>Englewood, NJ 07631 | Joseph Benanti<br>16 Rugby Rd..<br>Cedar Grove, NJ 07009 | David Freeswick<br>7 Sequoia Pl.<br>Wayne, NJ 07470 |
| Arlene Giresi<br>26 Lizette St.<br>Garfield, NJ 07026 | Mary E. James<br>126 16th Ave.<br>Paterson, NJ 07501 | James Kincherlow<br>131 Emerson Ave.<br>Paterson, NJ 07502 |
| Eluichous Randolph<br>6 Manor Rd.<br>Paterson, NJ 07514 | Ronald Sinkovitz<br>60 Somerset Dr.<br>Woodcliff Lake, NJ 07677 | Louise Stillwagon<br>25 Wostbrock Lane<br>Midland Park, NJ 07432 |
| Sue-Ellen Trainer<br>34 Willowbrook Ct.<br>North Haledon, NJ 07508 | Emanuele Trovato<br>84 Bullens Ave.<br>Wayne, NJ 07470 | Milo Whiteman<br>24 John Henry Dr.<br>Montville, NJ 07045 |